```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**ERNEST SHAW,**                             *
                                             *
    **Plaintiff,**                        *
                                             *
vs.                                          *   Civil Action 06-00621-CB-B
                                             *
**MICHAEL J. ASTRUE,**                       *
**Commissioner of**                          *
**Social Security,**                         *
                                             *
    **Defendant.**                        *

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated March 27, 2007 is hereby **ADOPTED** as the opinion of this Court.

Accordingly, for good cause shown, it is **ORDERED** that Defendant's unopposed Motion and Memorandum for Entry of Judgment Pursuant to Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 13) be and hereby is **GRANTED,** and that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) so that "the Appeals Council will direct the Administrative Law Judge to properly evaluate the opinions of Drs. Formwalt and Eno and reassess the [Plaintiff's] residual functional capacity with respect to mental limitations." (<u>Id</u>.)

This remand, pursuant to sentence four of Section 405(g), makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  Shalala v. Schaefer, 509 U.S. 292 (1993).

**DONE** this **29**th day of **March 2007.**

s/Charles R. Butler,Jr.
**Senior United States District Judge**