```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

**ERNEST SHAW,**                      *
                                      *
    **Plaintiff,**              *
                                      *
vs.                                   *   Civil Action 06-00621-CB-B
                                      *
**MICHAEL J. ASTRUE,**                *
**Commissioner of**                   *
**Social Security,**                  *
                                      *
    **Defendant.**              *

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 10, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the <u>4th</u> day of <u>January</u>, 2008.

                                    <u>S/Charles R. Butler, Jr.</u>
                                    **UNITED STATES DISTRICT JUDGE**

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

**ERNEST SHAW,**                         *
                                         *
    **Plaintiff,**                       *
                                         *
vs.                                      *   Civil Action 06-00621-CB-B
                                         *
**MICHAEL J. ASTRUE,**                   *
**Commissioner of**                      *
**Social Security,**                     *
                                         *
    **Defendant.**                       *

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner be awarded attorney's fees under the Equal Access to Justice Act ("EAJA") and that the award be limited to the EAJA rate of $159.78 per hour, thereby resulting in an award of $830.86 for 5.20 attorney hours spent representing Plaintiff in connection with this action.

    **DONE** and **ORDERED** this the _____ day of _____, 2007.

 

                              **UNITED STATES DISTRICT JUDGE**