```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

**ERNEST SHAW,**                           \*
                                           \*
    **Plaintiff,**                       \*
                                           \*
**vs.**                                    \*   Civil Action 06-00621-CB-B
                                           \*
**MICHAEL J. ASTRUE,**                     \*
**Commissioner of**                        \*
**Social Security,**                       \*
                                           \*
    **Defendant.**                       \*

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 18, 2009, is **ADOPTED** as the opinion of this Court. Petitioner is authorized to receive **$2,684.85** as a fee for services rendered before this Court, said amount representing the remaining balance of twenty-five percent (25%) of the total past-due benefits awarded Plaintiff. Additionally, Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$830.85** which was previously awarded pursuant to the Equal Access to Justice Act.

    **DONE** and **ORDERED** this the 17th day of March, 2009.

                                                  *s/Charles R. Butler, Jr.*
                                                  **SENIOR UNITED STATES DISTRICT JUDGE**